United Electrical, Radio and Machine Workers of America et al. *v.* Sherman et al., Appellants.

Argued March 21, 1945. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON and JONES, JJ.

reargument refused May 21, 1945.

*Harry Alan Sherman,* for appellants.

*David Olbum,* with him *Sylvan Libson,* for appellees.

PER CURIAM, April 10, 1945:

The defendants having taken an appeal within the five-day period following the granting of the preliminary injunction by the court below in the above-entitled matter on affidavits filed by the plaintiff, ex parte, and hav-

ing thus rendered impossible the hearing fixed by the court pursuant to Equity Rule No. 38, the appeal is dismissed as premature and the matter returned to the court below in order that a hearing, as contemplated by the Equity Rules, may be had forthwith; costs to be paid by appellants.